**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**500 PEARL STREET**

**NEW YORK, NEW YORK 10007**

RECEIVED

2007 MAY 25  A 11: 02

FINANCIAL
DISCLOSURE OFFICE

May 16, 2007

**LORETTA A. PRESKA**

**DISTRICT JUDGE**


Hon. Ortrie D. Smith
Chair
Judicial Conference of the United States
    Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC  20544

Re:    <u>Calendar Year 2006 Filing</u>

Dear Judge Smith:

I write in response to yours of April 26, 2007, calling to my attention my inadvertent omission from my 2006 report of an item which had previously appeared, as you note, in my 2005 report in Part VII, page 4, line 55 as "Smith Barney Mun. NY MM". This item should have appeared in the 2006 report, but was omitted due to an oversight when the entries were copied from my 2005 report to my 2006 report. For 2006, the entry for Smith Barney Mun. NY MM should reflect the following in columns B and C: G, Div, M, T.

I regret this oversight and I request that you accept this letter, three copies of which are enclosed herewith) as an amendment to my Financial Disclosure Report for calendar year 2006 dated March 19, 2007.

Sincerely,

Loretta A. Preska

[Enclosure: 3 copies hereof]

AO-10 (WP)
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) PRESKA, LORETTA A. | 2. Court or Organization US DISTRICT COURT FOR THE SOUTHERN DISTRICT OF N.Y. | 3. Date of Report 3/19/07 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) USDJ - ACTIVE | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial ✓ Annual ___ Final | 6. Reporting Period |
| | 5b. ___ Amended Report | 1/1/06 — 12/31/06 |
| 7. Chambers or Office Address ROOM 1320 - US Courthouse 500 Pearl Street NY NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 VICE PRESIDENT | FORDHAM LAW ALUMNI ASSOCIATION |
| 2 CO-TRUSTEE | TRUSTS 5 AND 7 |
| 3 MEMBER | NY REGIONAL PANEL TO SELECT THE 2006-07 WHITE HOUSE FELLOWS |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| **A. Filer's Non-Investment Income** | | |
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2006 | SELF EMPLOYED LAWYER | |
| 2 | | |

RECEIVED 2007 MAR 26 A 10: 23 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 3/19/07 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|   | SOURCE | DESCRIPTION |
|---|---|---|
| [X] 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|   | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] 1 | NONE (No such reportable gifts.) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
|  | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

|   | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 3/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | |
| 1 JP MORGAN CHASE BANK ACCTS | A | INT | J | T | | | | | |
| 2 TRUST #1 | E | DIV/INT | N | T | | | | | |
| 3 – FIDELITY SPARTAN 500 INDEX FUND | | | | | | | | | |
| 4 – FIDELITY NY MUNI MMF | | | | | | | | | |
| 5 – PROMISSORY NOTES | | | | | | | | | |
| 6 – S&P MIDCAP DEPOSIT RECEIPTS | | | | | B | 3/8 | J | | |
| 7 | | | | | B | 8/18 | J | | |
| 8 TRUST #2 | E | DIV/INT | N | T | | | | | |
| 9 – FIDELITY SPARTAN 500 INDEX FUND | | | | | | | | | |
| 10 – FIDELITY NY MUNI MMF | | | | | | | | | |
| 11 – PROMISSORY NOTES | | | | | | | | | |
| 12 – S&P MIDCAP DEPOSIT RECEIPTS | | | | | B | 3/8 | J | | |
| 13 | | | | | B | 8/18 | J | | |
| 14 TRUST #3 | C | DIV | N | T | | | | | |
| 15 – FIDELITY SPARTAN 500 INDEX FUND | | | | | B | 3/10 | J | | |
| 16 – S&P MIDCAP DEPOSIT RECEIPTS | | | | | B | 3/8 | J | | |
| 17 – FIDELITY NY MUNI MMF | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Trust #4 | D | Div | O | T | | | | | |
| 19 - Fidelity Spartan Sri/mxp fund | | | | | | | | | |
| 20 - STP Midcap deposit accums | | | | R | 3/10 | J | | | |
| 21 - Fidelity NY Muni MMF | | | | | | | | | |
| 22 Trust #5 | A | ASS | TRD | To | Trust #7 on 1/9/06 | | | | |
| 23 Trust #6 | C | Div | L | T | | | | | |
| 24 Nual Whole Life | | | | | | | | | |
| 25 Trust #7 | E | Div | N | T | | | | | |
| 26 - Evlico Adjustable Life | | | | | | | | | |
| 27 - Neal Annuity | | | | | | | | | |
| 28 - Nual Whole Life | | | | | | | | | |
| 29 - Nual Whole Life | | | | | | | | | |
| 30 Trust #8 | B | Div | N | T | | | | | |
| 31 - Nual Whole Life | | | | | Tra out | 10/26 | N | | |
| 32 Sun Life Universal Life | | | | | Tra in | 10/26 | N | | |
| 33 Trust #9 | | None | P1 | T | | | | | |
| 34 - Revitalou Universal Life | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 3/19/07 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 IRA #1 | G | DIV | P1 | T | | | | | |
| 36 - Fidelity Cash Reserves | | | | | | | | | |
| 37 - Tweedy Browne Global Value Fund | | | | | | | | | |
| 38 - Dodge T Cox Intnl Stk Fund | | | | | | | | | |
| 39 - Baron Growth Fund | | | | | | | | | |
| 40 - Royce Total Return Fund | | | | | | | | | |
| 41 IRA #2 | D | DIV | M | T | | | | | |
| 42 - Fidelity Spartan Index Fund | | | | | S | 3/2 | M | E | |
| 43 - Baron Growth Fund | | | | | | | | | |
| 44 - Fidelity Contra Fund | | | | | B | 3/2 | M | | |
| 45 IRA #3 | D | DIV | M | T | | | | | |
| 46 - Royce Total Return Fund | | | | | | | | | |
| 47 - Fidelity Cash Reserves | | | | | | | | | |
| 48 IRA #4 | E | DIV | O | T | | | | | |
| 49 - Fidelity Cash Reserves | | | | | | | | | |
| 50 - Dodge T Cox Intnl Stk Fund | | | | | | | | | |
| 51 - Tweedy Browne Global Value Fund | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 - AMERICAN GROWTH FUND | | | | | | | | | |
| 53 LAW FIRM RETIREMENT ACCT | F | DIV | O | T | | | | | |
| 54 - FIDELITY CONTRA FUND | | | | | | | | | |
| 55 - BOND GROWTH FUND | | | | | | | | | |
| 56 - FIDELITY CASH RESERVES | | | | | | | | | |
| 57 - ROYCE TOTAL RESERVE FUND | | | | | | | | | |
| 58 LAW FIRM CAPITAL A/R ACCT AND INT IN | | NONE | P, | W | | | | | |
| 59 PORNAIS CITY INV PARTNER | A | K-1 | J | W | | | | | |
| 60 NYS MUNI BONDS | E | INT | O | T | CALL | 4/3 | K | | |
| 61 NYC MUN BONDS | E | INT | M | T | CALL | 3/5 | L | | |
| 62 | | | | | MATURED | 3/15 | L | | |
| 63 | | | | | CALL | 4/3 | L | | |
| 64 | | | | | MATURED | 4/15 | K | | |
| 65 CITIBANK ACCOUNTS | E | INT | P, | T | | | | | |
| 66 US SAVINGS BONDS | | NONE | K | T | | | | | |
| 67 NYS COLLEGE SAVINGS PROGRAM | | NONE | L | T | | | | | |
| 68 PUTNAM SECTOR FUND | A | DIV | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PARSKA   LORETTA  A. | 3/19/07 |

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 IRA # 5 | A | DIV | K | T | | | | | |
| 70 - VANGUARD MID CAP INDEX FUND | | | | | | | | | |
| 71 - BARON GROWTH FUND | | | | | B | 3/8 | J | | |
| 72 - FIDELITY CASH RESERVES | | | | | | | | | |
| 73 - S+P MIDCAP DEPOSIT RECEIPTS | | | | | | | | | |
| 74 IRA #6 | A | DIV | K | T | | | | | |
| 75 = VANGUARD MID CAP INDEX FUND | | | | | | | | | |
| 76 - BARON GROWTH FUND | | | | | B | 3/8 | J | | |
| 77 FIDELITY CASH RESERVES | | | | | | | | | |
| 78 - STP MIDCAP DEPOSIT RECEIPTS | | | | | | | | | |
| 79 FL MUNI BONDS | C | INT | N | T | D | 9/25 | K | | |
| 80 | | | | | B₃ | 10/3 | L | | |
| 81 M+T BANK - ACCOUNTS | B | INT | M | T | | | | | |
| 82 LA MUNI BONDS | C | INT | M | T | | | | | |
| 83 TX MUN BONDS | D | INT | N | T | | | | | |
| 84 SC MUN BONDS | B | INT | L | T | | | | | |
| 85 WA MUN BONDS | D | INT | N | T | | | | | |

1  Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
  (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2  Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
  (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
  P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3  Value Method Codes:  Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
  (See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PRASKA, Loretta A. | 3/19/07 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86 MN MUNI Bonds | B | INT | K | 7 | | | | | |
| 87 PO MUNI Bonds | C | INT | L | 7 | | | | | |
| 88 IL MUNI Bonds | R | INT | O | 7 | B | 5/16 | N | | |
| 89 | | | | | R | 10/10 | L | | |
| 90 MA MUNI Bonds | D | INT | M | 7 | B | 10/16 | K | | |
| 91 AL MUNI Bonds | C | INT | L | 7 | B | 5/23 | K | | |
| 92 KY MUNI Bonds | C | INT | L | 7 | | | | | |
| 93 HA MUNI Bonds | C | INT | L | 7 | | | | | |
| 94 IN MUNI Bonds | D | INT | N | 7 | | | | | |
| 95 LA MUNI Bonds | D | INT | N | 7 | | | | | |
| 96 AR MUNI Bonds | C | INT | L | 7 | | | | | |
| 97 MI MUNI Bonds | D | INT | N | 7 | B | 7/24 | L | | |
| 98 SD MUNI Bonds | B | INT | M | 7 | | | | | |
| 99 INTACTO CIMMON STK | | NONE | N | 7 | | | | | |
| 100 DL MUNI Bonds | C | INT | L | 7 | | | | | |
| 101 NV MUNI Bonds | B | INT | L | 7 | | | | | |
| 102 STP MIDCAP 400 SPDRS | D | DIV | N | 7 | B | 3/2 | N | | |

| 1 | Income/Gain Codes: (See Col B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: (See Col C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes (See Col C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PRRSKA, LORITTA A. | 3/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 103 | | | | | B | 8/18 | J | | |
| 104 S+P 500 Depository Receipts | B | Div | M | T | B | 3/2 | N | | |
| 105 PC Mun Binds | B | Int | L | T | B | 7/31 | L | | |
| 106 | | | | | B | 9/25 | K | | |
| 107 OK Mun Binds | B | Int | M | T | B | 8/14 | M | | |
| 108 | | | | | B | 9/11 | L | | |
| 109 Acc #7 | A | Div | J | T | | | | | |
| 110 — S+P Midcap 400 SPDRS | | | | | B | 10/13 | J | | |
| 109 / Ropshire Common Stk | | NONE | N | T | B | 12/28 | N | | INADVERTANTLY OMITTED LAST YEAR |
| 110 Putnam Voyager Fund | A | Div | J | T | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, Loretta A. | 3/19/07 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

I   ADVISORY BOARD                    FEDERALIST SOCIETY, NY CHAPTER

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date  3/19/07

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544